# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JASON E. MITCHELL**                                                                                   **PLAINTIFF**
**ADC #136422**

**v.**                                         **4:15CV00529-BSM-JTK**

**JOHN STALEY, et al.**                                                                              **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have ben reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT Defendants Lopez and Doe are dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 16th day of October 2015.

UNITED STATES DISTRICT JUDGE

0